UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MOHAMED ZAKARIA MUSLEH RAJEH,

                              Plaintiff,

      v.

BRIGHTON'S BEST DELI CORP., KHALED ALGAHIEM, and ABDUL ALGAHIEM,

                              Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

20-CV-1178 (LDH)(LB)

---

LaSHANN DeARCY HALL, United States District Judge:

      On December 29, 2020, Magistrate Judge Lois Bloom issued a Report and Recommendation *sua sponte* recommending that this Court dismiss the action for failure to prosecute. The parties were given until January 12, 2021, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Bloom's Report and Recommendation in its entirety as the opinion of the Court. Accordingly, the case is dismissed.

                                                      SO ORDERED:

Dated: Brooklyn, New York
       January 15, 2021

                                              /s/ LDH
                                              LaSHANN DeARCY HALL
                                              United States District Judge